**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-2324**

_____

MONAL PATEL,

        Plaintiff - Appellant,

    v.

CREDENCE MANAGEMENT SOLUTIONS LLC,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:20-cv-00427-RDA-JFA)

_____

Submitted:  June 13, 2023                                        Decided:  August 21, 2023

_____

Before DIAZ and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Monal Patel, Appellant Pro Se.  Matthew Feinberg, PILIEROMAZZA PLLC, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monal Patel appeals the district court's orders dismissing his civil action pursuant to Fed. R. Civ. P. 12(b)(6) and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Patel v. Credence Mgmt. Sols. LLC*, No. 1:20-cv-00427-RDA-JFA (E.D. Va. Mar. 15 & Nov. 22, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
